# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 14-1028** | **September Term, 2013** |
| | NLRB-32CA062242 |
| | NLRB-32CA063140 |
| | **Filed On: March 27, 2014** [1485814] |

World Color (USA) Corp., a wholly owned subsidiary of QUAD/GRAPHICS, INC.,

    Petitioner

    v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 14-1037

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the cross-application for enforcement.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                    BY:    /s/
                                       Jennifer M. Clark
                                       Deputy Clerk