UNITED STATES COURT OF APPEALS
FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WORLD COLOR (USA) CORP., a wholly owned subsidiary of QUAD/GRAPHICS, INC., <br><br> Petitioner <br><br> v. <br><br> National Labor Relations Board, <br><br> Respondent | Case No. 14-1028 <br><br> *Consolidated with 14-1037* |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PETITIONER

The undersigned respectfully request that the Clerk enter the appearance of the following as counsel for Petitioner WORLD COLOR (USA) CORP.[1], a wholly owned subsidiary of QUAD/GRAPHICS, INC.:

| | |
|---|---|
| Ronald J. Holland, Bar No. 55268 <br> Sheppard, Mullin, Richter & Hampton, LLP <br> A Limited Liability Partnership <br> Including Professional Corporations <br> 4 Embarcadero Center, 17th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 434-9100 <br> Facsimile: (415) 434-3947 <br> rholland@sheppardmullin.com | Ellen M. Bronchetti, Bar No. 55264 <br> Sheppard, Mullin, Richter & Hampton, LLP <br> A Limited Liability Partnership <br> Including Professional Corporations <br> 4 Embarcadero Center, 17th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 434-9100 <br> Facsimile: (415) 434-3947 <br> ebronchetti@sheppardmullin.com |

---

[1] World Color (USA) Corp. is now doing business as QG Printing Corp., which is a wholly-owned subsidiary of Quad/Graphics, Inc.

SMRH:419317012.2

and withdraw the appearance of the following as counsel for Petitioners:

> David Gallacher, Bar No. 49040
> Sheppard, Mullin, Richter & Hampton, LLP
> A Limited Liability Partnership
> Including Professional Corporations
> 1300 I Street, NW
> 11th Floor East
> Washington, D.C. 20005
> Telephone: (202) 218-0000
> Facsimile: (202) 218-0020
> dgallacher@sheppardmullin.com

Dated: March 28, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Bar No. 55268
ELLEN M. BRONCHETTI, Bar No. 55264
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Attorneys for Petitioner WORLD COLOR (USA) CORP., a wholly owned subsidiary of QUAD/GRAPHICS, INC.